Allegheny County *v.* Virgin, Appellant.

288

Argued March 24, 1958. Before Jones, C. J., Bell, Chidsey, Musmanno, Arnold, Jones and Cohen, JJ.

*John F. Gloeckner*, with him *Waldo P. Breeden*, for appellant.

*Frank Reich*, for appellee.

Opinion Per Curiam, April 21, 1958:

The order of the court below discharging the rule obtained by the defendant on May 8, 1957, calling upon the plaintiff to show cause why a judgment entered against the defendant on October 29, 1931, for want of an appearance, should not be stricken off for a technical and immaterial defect in the statement of claim served with the summons, is affirmed on the opinion of Judge Homer S. Brown for the court below reported at 12 Pa. D. & C. 2d 40.

Affirmed.